Gia N. Marina
Nevada Bar No. 15276
**CLARK HILL PLLC**
1700 S. Pavilion Center Drive, Suite 500
Las Vegas, Nevada 89135
E-mail: gmarina@clarkhill.com
Telephone:  (702) 862-8300
Facsimile:  (702) 778-9709

Zachary A. McEntyre (*pro hac vice*)
Billie B. Pritchard (*pro hac vice*)
**KING & SPALDING LLP**
1180 Peachtree Street
Atlanta, GA 30309
Telephone: (404) 572-4600
Facsimile: (404) 572-5100
zmcentyre@kslaw.com
bpritchard@kslaw.com

*Attorneys for Defendant Equifax Information Services LLC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| THERESA STONE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>EQUIFAX INFORMATION SERVICES LLC,<br><br>Defendant. | **Case No. 2:24-CV-00195-GMN-EJY**<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANT EQUIFAX INFORMATION SERVICES LLC TO RESPOND TO COMPLAINT (Second Request)** |

Pursuant to Federal Rule of Civil Procedure 6(b)(1) and Local Rule IA 6-1, Defendant Equifax Information Services LLC ("Equifax"), through its undersigned counsel, and Plaintiff Theresa Stone, through her undersigned counsel, hereby stipulate and agree, subject to the Court's approval, to extend the deadline for Equifax to answer or otherwise respond to Plaintiff's Class Action Complaint, as follows:

1. Plaintiff Theresa Stone filed her Class Action Complaint against Equifax on January 29, 2024. *See* Dkt. No. 1.

2.      Equifax's response to Plaintiff's Complaint is currently due on March 22, 2024. Dkt. 11.

3.      On March 13, 2024, counsel for Equifax contacted counsel for Plaintiff to request an additional two weeks to answer or otherwise respond to the Class Action Complaint. The request was made to allow Equifax additional time to investigate the allegations in the Class Action Complaint and prepare an appropriate response. Plaintiff's counsel indicated that she does not oppose Equifax's request.

4.      Accordingly, all parties hereby stipulate, subject to the Court's approval, that Equifax's answer or other response to Plaintiff's Class Action Complaint is due by April 5, 2024. This is the second stipulation for extension of time in this case. This stipulation is filed in good faith and not intended to cause delay.

///

///

///

1  **WHEREFORE**, Defendant Equifax Information Services LLC respectfully requests that the Court grant this Stipulation and thereby extend its time to answer or otherwise respond to the Class Action Complaint to April 5, 2024.

Respectfully submitted on March 14, 2024.

| CLARK HILL PLLC | FREEDOM LAW FIRM |
|---|---|
| By: */s/ Gia N. Marina*<br>Gia N. Marina<br>Nevada Bar No. 15276<br>1700 S. Pavilion Center Drive, Ste. 500<br>Las Vegas, NV 89135<br><br>Zachary A. McEntyre (*pro hac vice*)<br>Georgia Bar No. 653571<br>Billie B. Pritchard (*pro hac vice*)<br>Georgia Bar No. 460789<br>KING & SPALDING LLP<br>1180 Peachtree Street<br>Atlanta, GA 30309<br><br>*Attorneys for Defendant Equifax Information Services LLC* | By: */s/ Gerardo Avalos*<br>George Haines<br>Nevada Bar No. 9411<br>Gerardo Avalos<br>Nevada Bar No. 15171<br>8985 South Eastern Ave., Suite 350<br>Las Vegas, Nevada 89123<br>info@freedomlegalteam.com<br><br>MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC<br><br>Scott C. Harris<br>North Carolina Bar No. 35328<br>900 W. Morgan Street<br>Raleigh, NC 27603<br><br>Gary M. Klinger<br>227 Monroe Street, Suite 2100<br>Chicago, IL 60606<br><br>*Attorneys for Plaintiff* |

## **ORDER**

IT IS SO ORDERED on this 14th day of March, 2024.

_____
Hon. Elayna J. Youchah
United States Magistrate Judge