George Haines, Esq.
Nevada Bar No. 9411
Gerardo Avalos, Esq,
Nevada Bar No. 15171
FREEDOM LAW FIRM
8985 S. Eastern Avenue, Suite 100
Las Vegas, Nevada, 89123
Phone: (702) 880-5554
Fax: (702) 385-5518
ghaines@freedomlegalteam.com
Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| THERESA STONE, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>EQUIFAX INFORMATION SERVICES LLC,<br><br>Defendants. | Case No. 2:24-CV-00195-GMN-EJY<br><br>**STIPULATION AND ORDER EXTENDING TIME FOR PLAINTIFFS TO RESPOND TO DEFENDANT EQUIFAX INFORMATION SERVICES LLC'S MOTION TO DISMISS COMPLAINT AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF**<br><br>*(First Request)* |

Pursuant to Local Rules IA 6-1 and 7-1, THERESA STONE, individually and on behalf of all others similarly situated, (hereinafter "Plaintiffs), and EQUIFAX INFORMATION SERVICES LLC (hereinafter "Defendant"), by and

1

through their respective counsel of record, hereby stipulate, agree and respectfully request that the Court extend the deadline for the Plaintiffs to file their opposition briefs to Defendant Equifax Information Services LLC's Motion to Dismiss Complaint and Memorandum of Points and Authorities in Support Thereof (ECF No. 18), filed on April 5, 2024, to May 19, 2024. Defendant's Reply will be due on or before May 27, 2024. Counsel for Plaintiffs respectfully request due to the novelty and complexity of the issues in this case and the arguments set forth in the Motion to Dismiss. The Defendant does not object to the Plaintiffs' request for additional time. The Request is not for purposes of delay. This is the first request by the Parties.

Dated: 04/15/2024

Dated: 04/15/2024

FREEDOM LAW FIRM

By: /s/ George Haines
George Haines Nevada Bar No. 9411
Gerardo Avalos Nevada Bar No. 15171
8985 South Eastern Ave.
Suite 100
Las Vegas, Nevada 89123
info@freedomlegalteam.com


MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC

Scott C. Harris (pro hac vice)
North Carolina Bar No. 35328
900 W. Morgan Street
Raleigh, NC 27603


BOISE SCHILLER FLEXNER

Adam R. Shaw
New York Bar No. 502142
30 South Pearl Street
12th Floor
Albany, NY 12207
(pro hac pending)

CLARK HILL PLLC

By:/s/ Gia N. Marina
Gia N. Marina
Nevada Bar No. 15276
1700 S. Pavilion Center Drive
Ste. 500
Las Vegas, NV 89135

Zachary A. McEntyre (pro hac vice)
Georgia Bar No. 653571
Billie B. Pritchard (pro hac vice)
Georgia Bar No. 460789
KING & SPALDING LLP
1180 Peachtree Street
Atlanta, GA 30309

Attorneys for Defendant Equifax Information Services, LLC

FREEDOM LAW FIRM
8985 S. Eastern Ave. Ste. 100
Las Vegas, Nevada 89123
OFFICE: (702) 880-5554  FAX: (702) 385-5518

George F. Carpienllo
New York Bar No. 103750
30 South Pearl Street
12th Floor
Albany, NY 12207
(pro hac pending)

Attorneys for Plaintiffs

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: April 16, 2024

FREEDOM LAW FIRM
8985 S. Eastern Ave. Ste, 100
Las Vegas, Nevada 89123
OFFICE: (702) 880-5554  FAX: (702) 385-5518