Gia N. Marina
Nevada Bar No. 15276
**CLARK HILL PLLC**
1700 S. Pavilion Center Drive, Suite 500
Las Vegas, Nevada 89135
E-mail: gmarina@clarkhill.com
Telephone:  (702) 862-8300
Facsimile:  (702) 778-9709

Zachary A. McEntyre (*pro hac vice*)
Billie B. Pritchard (*pro hac vice*)
**KING & SPALDING LLP**
1180 Peachtree Street
Atlanta, GA 30309
Telephone: (404) 572-4600
Facsimile: (404) 572-5100
zmcentyre@kslaw.com
bpritchard@kslaw.com

*Attorneys for Defendant Equifax Information Services LLC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| THERESA STONE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>EQUIFAX INFORMATION SERVICES LLC,<br><br>Defendant. | **Case No. 2:24-CV-00195-GMN-EJY**<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANT EQUIFAX INFORMATION SERVICES LLC TO FILE REPLY IN SUPPORT OF ITS MOTION TO DISMISS COMPLAINT  (SECOND Request)** |

      Pursuant to Federal Rule of Civil Procedure 6(b)(1) and Local Rule IA 6-1, Defendant Equifax Information Services LLC ("Equifax"), through its undersigned counsel, and Plaintiff Theresa Stone, through her undersigned counsel, hereby stipulate and agree, subject to the Court's approval, to extend the deadline for Equifax to file a reply brief in support of its Motion to Dismiss Plaintiff's Class Action Complaint, as follows:

      1.     On April 5, 2024, Equifax filed its Motion to Dismiss Complaint and Memorandum

of Points and Authorities in Support Thereof. Dkt. 18.

2. On April 15, 2024, Plaintiff requested a thirty-day extension of time to respond to Equifax's Motion to Dismiss, Dkt. 19, which the Court granted on April 16, 2024, Dkt. 20. Plaintiff timely filed her opposition on May 17, 2024. Dkt. 25.

3. Equifax's reply brief is currently due on May 27, 2024, pursuant to the Court's Order. Dkt. 20.

4. On May 20, 2024, counsel for Equifax contacted counsel for Plaintiff to request an additional two weeks to submit its reply brief. The request was made in light of the fact that the current deadline of May 27, 2024 falls on Memorial Day, a federal holiday, and to allow Equifax additional time to prepare an appropriate response to the arguments raised in Plaintiff's opposition. Plaintiff's counsel indicated that she does not oppose Equifax's request.

5. Accordingly, all parties hereby stipulate, subject to the Court's approval, that Equifax's reply brief in support of its Motion to Dismiss is due by June 10, 2024. This is the ~~third~~ second stipulation for extension of time Equifax has requested in this case. This stipulation is filed in good faith and not intended to cause delay.

///

///

///

- 2 -

**WHEREFORE**, Defendant Equifax Information Services LLC respectfully requests that the Court grant this Stipulation and thereby extend its time to file a reply brief in support of its Motion to Dismiss to June 10, 2024.

Respectfully submitted on May 20, 2024.

| | |
|---|---|
| CLARK HILL PLLC | MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC |
| By: */s/ Gia N. Marina*<br>Gia N. Marina<br>Nevada Bar No. 15276<br>1700 S. Pavilion Center Drive, Ste. 500<br>Las Vegas, NV 89135 | By: */s/ Scott C. Harris*<br>Scott C. Harris<br>North Carolina Bar No. 35328<br>900 W. Morgan Street<br>Raleigh, NC 27603 |
| Zachary A. McEntyre (*pro hac vice*)<br>Georgia Bar No. 653571<br>Billie B. Pritchard (*pro hac vice*)<br>Georgia Bar No. 460789<br>KING & SPALDING LLP<br>1180 Peachtree Street<br>Atlanta, GA 30309 | FREEDOM LEGAL TEAM<br>George Haines<br>Nevada Bar No. 9411<br>Gerardo Avalos<br>Nevada Bar No. 15171<br>8985 South Eastern Ave., Suite 350<br>Las Vegas, Nevada 89123<br>info@freedomlegalteam.com |
| *Attorneys for Defendant Equifax Information Services LLC* | Gary M. Klinger<br>227 Monroe Street, Suite 2100<br>Chicago, IL 60606<br><br>*Attorneys for Plaintiff* |

## ORDER

IT IS SO ORDERED; provided, however, no further extensions will be granted absent extraordinary unforeseen circumstance.

Dated this 20th day of May, 2024.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE