Gia N. Marina
Nevada Bar No. 15276
**CLARK HILL PLLC**
1700 S. Pavilion Center Drive, Suite 500
Las Vegas, Nevada 89135
E-mail: gmarina@clarkhill.com
Telephone: (702) 862-8300
Facsimile: (702) 778-9709

Zachary A. McEntyre (*pro hac vice*)
Billie B. Pritchard (*pro hac vice*)
**KING & SPALDING LLP**
1180 Peachtree Street
Atlanta, GA 30309
Telephone: (404) 572-4600
Facsimile: (404) 572-5100
zmcentyre@kslaw.com
bpritchard@kslaw.com

*Attorneys for Defendant Equifax Information Services LLC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| THERESA STONE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>EQUIFAX INFORMATION SERVICES LLC,<br><br>Defendant. | **Case No. 2:24-CV-00195-GMN-EJY**<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANT EQUIFAX INFORMATION SERVICES LLC TO FILE RESPONSE TO PLAINTIFF'S OBJECTIONS TO MAGISTRATE JUDGE'S RULING AND FOR PLAINTIFF TO MOVE FOR LEAVE TO FILE REPLY**<br>**(Third Request)** |

Pursuant to Federal Rule of Civil Procedure 6(b)(1) and Local Rule IA 6-1, Defendant Equifax Information Services LLC ("Equifax"), through its undersigned counsel, and Plaintiff Theresa Stone, through her undersigned counsel, hereby stipulate and agree, subject to the Court's approval, to extend the deadline for Equifax to file its response to Plaintiff's Objections to Magistrate Judge's Ruling, Dkt. 41 ("Objections"), and to extend the deadline for Plaintiff for move for leave to submit a reply by two weeks, as follows:

1. On August 29, 2024, the Magistrate Judge entered an Order granting Equifax's motion to stay discovery pending a ruling on Equifax's motion to dismiss. Dkt. 37, "Order."

2. On September 6, 2024, Plaintiff filed a motion for reconsideration of the Order. Dkt. 38. Equifax responded to the motion for reconsideration on September 20, 2024. Dkt. 39.

3. On September 24, 2024, the Magistrate Judge denied the motion for reconsideration. Dkt. 40.

4. On October 7, 2024, Plaintiff filed her Objections. Dkt. 41.

5. Pursuant to LR IB 3-1(a), Equifax's responses to the Objections are due on October 21, 2024.

6. On October 8, 2024, counsel for Equifax contacted counsel for Plaintiff to request an additional two weeks to submit its response to Plaintiff's Objections. The request was made to allow Equifax additional time to prepare an appropriate response to the arguments raised in the Objections and to accommodate Equifax's counsel's other professional commitments, including time-sensitive briefing in other matters. Plaintiff's counsel indicated that she does not oppose Equifax's request. Plaintiff further requested that she be given two additional weeks to move for leave to submit a reply. Equifax does not oppose Plaintiff's request for additional time to move for leave to submit a reply.[1]

7. Equifax further states that these circumstances present an "unforeseen circumstance" that merits an extension as described in the Court's previous May 24, 2024 Order. *See* Dkt. 27. Equifax did not anticipate that Plaintiff would object to the Order staying discovery after the Court denied Plaintiff's motion for reconsideration.

---

[1] Pursuant to LR IB 3-1(a), Plaintiff may file a reply "only with leave of the court." While Equifax does not oppose Plaintiff's request for additional time to move for leave to file a reply, it expressly reserves its right to challenge Plaintiff's ability to file a reply.

- 2 -

8. Accordingly, all parties hereby stipulate, subject to the Court's approval, that Equifax's response to Plaintiff's Objections is due by November 4, 2024 and that Plaintiff be given two additional weeks to move for leave to submit a reply. This is the third stipulation for extension of time Equifax has requested in this case and the first stipulation for extension of time Equifax has requested as to its response to Plaintiff's Objections. This stipulation is filed in good faith and not intended to cause delay.

//

//

**WHEREFORE**, Defendant Equifax Information Services LLC respectfully requests that the Court grant this Stipulation and thereby extend its time to file its response to Plaintiff's Objections to November 4, 2024 and that Plaintiff be given two additional weeks to move for leave to file a reply.

Respectfully submitted on October 14, 2024.

| | |
|---|---|
| CLARK HILL PLLC | BOIES SCHILLER FLEXNER LLP |
| By: */s/ Gia N. Marina*<br>Gia N. Marina<br>Nevada Bar No. 15276<br>1700 S. Pavilion Center Drive, Ste. 500<br>Las Vegas, NV 89135<br><br>Zachary A. McEntyre (*pro hac vice*)<br>Georgia Bar No. 653571<br>Billie B. Pritchard (*pro hac vice*)<br>Georgia Bar No. 460789<br>KING & SPALDING LLP<br>1180 Peachtree Street<br>Atlanta, GA 30309<br><br>*Attorneys for Defendant Equifax Information Services LLC* | By: */s/ Georgie F. Carpinello*<br>George F. Carpinello (*pro hac vice*)<br>Adam R. Shaw (*pro hac vice*)<br>30 S. Pearl St. 12th Floor<br>Albany, NY 12207<br>gcarpinello@bsfllp.com<br>ashaw@bsfllp.com<br>George Haines<br>Nevada Bar No. 9411<br>Gerardo Avalos<br>Nevada Bar No. 15171<br>FREEDOM LAW FIRM<br>8985 South Eastern Ave., Suite 350<br>Las Vegas, Nevada 89123<br>info@freedomlegalteam.com<br><br>MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC<br><br>Scott C. Harris (*pro hac vice*)<br>North Carolina Bar No. 35328<br>900 W. Morgan Street<br>Raleigh, NC 27603<br>sharris@milberg.com<br><br>Gary M. Klinger (*pro hac vice*)<br>227 Monroe Street, Suite 2100<br>Chicago, IL 60606<br>gklinger@milberg.com<br><br>*Attorneys for Plaintiff* |

**ORDER**

IT IS SO ORDERED on this 15th day of October, 2024.

U.S. MAGISTRATE JUDGE
ELAYNA J. YOUCHAH

- 4 -