Gia N. Marina
Nevada Bar No. 15276
**CLARK HILL PLLC**
1700 S. Pavilion Center Drive, Suite 500
Las Vegas, Nevada 89135
E-mail: gmarina@clarkhill.com
Telephone: (702) 862-8300
Facsimile: (702) 778-9709

Zachary A. McEntyre (*pro hac vice*)
Billie B. Pritchard (*pro hac vice*)
**KING & SPALDING LLP**
1180 Peachtree Street
Atlanta, GA 30309
Telephone: (404) 572-4600
Facsimile: (404) 572-5100
zmcentyre@kslaw.com
bpritchard@kslaw.com

*Attorneys for Defendant Equifax Information Services LLC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| THERESA STONE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>EQUIFAX INFORMATION SERVICES LLC,<br><br>Defendant. | **Case No. 2:24-CV-00195-GMN-EJY**<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANT EQUIFAX INFORMATION SERVICES LLC TO ANSWER COMPLAINT**<br>**(Third Request)** |

Pursuant to Federal Rule of Civil Procedure 6(b)(1) and Local Rule IA 6-1, Defendant Equifax Information Services LLC ("Equifax"), through its undersigned counsel, and Plaintiff Theresa Stone, through her undersigned counsel, hereby stipulate and agree, subject to the Court's approval, to extend the deadline for Equifax to answer Plaintiff's Complaint, as follows:

1. On April 5, 2024, Equifax filed its Motion to Dismiss Complaint and Memorandum of Points and Authorities in Support Thereof. Dkt. 18.

1    2.      On January 30, 2025, the Court denied Equifax's Motion to Dismiss. Dkt. 46.

2    3.      Equifax's answer to Plaintiff's Complaint is currently due on February 13, 2025.

4. On February 7, 2025, counsel for Equifax contacted counsel for Plaintiff to request an additional three weeks to submit its answer to the Complaint. The request was made to allow Equifax additional time to investigate the allegations in the Complaint and prepare an appropriate response, and to accommodate Equifax's counsel's other professional commitments. Plaintiff's counsel indicated that she does not oppose Equifax's request.

5. Accordingly, all parties hereby stipulate, subject to the Court's approval, that Equifax's answer to Plaintiff's Complaint is due March 6, 2025. This is the third stipulation for extension of time Equifax has requested to respond to Plaintiff's Complaint, and the first request postdating the Court's ruling on Equifax's Motion to Dismiss. This stipulation is filed in good faith and not intended to cause delay.

//

1     **WHEREFORE**, Defendant Equifax Information Services LLC respectfully requests that

   2    the Court grant this Stipulation and thereby extend its time to file its answer to Plaintiff's Complaint

   3    to March 6, 2025.

   4         Respectfully submitted on February 10, 2025.

| CLARK HILL PLLC | FREEDOM LAW FIRM |
|---|---|
| By: */s/ Gia N. Marina*<br>Gia N. Marina<br>Nevada Bar No. 15276<br>1700 S. Pavilion Center Drive, Ste. 500<br>Las Vegas, NV 89135<br><br>Zachary A. McEntyre (*pro hac vice*)<br>Georgia Bar No. 653571<br>Billie B. Pritchard (*pro hac vice*)<br>Georgia Bar No. 460789<br>KING & SPALDING LLP<br>1180 Peachtree Street<br>Atlanta, GA 30309<br><br>*Attorneys for Defendant Equifax Information Services LLC* | By: */s/ George F. Carpinello*<br>George Haines<br>Nevada Bar No. 9411<br>Gerardo Avalos<br>Nevada Bar No. 15171<br>8985 South Eastern Ave., Suite 350<br>Las Vegas, Nevada 89123<br>info@freedomlegalteam.com<br><br>MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC<br><br>Scott C. Harris (*pro hac vice*)<br>North Carolina Bar No. 35328<br>900 W. Morgan Street<br>Raleigh, NC 27603<br>sharris@milberg.com<br><br>Gary M. Klinger (*pro hac vice*)<br>227 Monroe Street, Suite 2100<br>Chicago, IL 60606<br>gklinger@milberg.com<br><br>George F. Carpinello (*pro hac vice*)<br>Adam R. Shaw (*pro hac vice*)<br>BOIES SCHILLER FLEXNER LLP<br>30 S. Pearl St. 12th Floor<br>Albany, NY 12207<br>gcarpinello@bsfllp.com<br>ashaw@bsfllp.com<br><br>*Attorneys for Plaintiff* |

**IT IS SO ORDERED.**

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

**Date:** February 10, 2025

- 3 -