Gia N. Marina
Nevada Bar No. 15276
**CLARK HILL PLLC**
1700 S. Pavilion Center Drive, Suite 500
Las Vegas, Nevada 89135
E-mail: gmarina@clarkhill.com
Telephone: (702) 862-8300
Facsimile: (702) 778-9709

Zachary A. McEntyre (*pro hac vice*)
Billie B. Pritchard (*pro hac vice*)
**KING & SPALDING LLP**
1180 Peachtree Street
Atlanta, GA 30309
Telephone: (404) 572-4600
Facsimile: (404) 572-5100
zmcentyre@kslaw.com
bpritchard@kslaw.com

*Attorneys for Defendant Equifax Information Services LLC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| THERESA STONE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>EQUIFAX INFORMATION SERVICES LLC,<br><br>Defendant. | Case No. 2:24-CV-00195-GMN-EJY<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANT EQUIFAX INFORMATION SERVICES LLC TO RESPOND TO PLAINTIFF'S MOTION FOR LEAVE TO AMEND COMPLAINT**<br>**(First Request)** |

Pursuant to Federal Rule of Civil Procedure 6(b)(1) and Local Rule IA 6-1, Defendant Equifax Information Services LLC ("Equifax"), through its undersigned counsel, and Plaintiff Theresa Stone ("Plaintiff"), through her undersigned counsel, hereby stipulate and agree, subject to the Court's approval, to extend the deadline for Equifax to respond to Plaintiff's Motion for Leave to Amend Complaint, stating as follows:

1. On April 9, 2025, Plaintiff filed the "Motion for Leave to Amend to Add Additional

Parties and to Join Additional Parties Experian and Transunion" (the "Motion for Leave to Amend Complaint" or the "Motion"). Dkt. 54.

2. On April 10, 2025, the Court denied without prejudice Plaintiff's Motion for Leave to Amend Complaint for failing to attach the proposed amended complaint to the Motion in violation of Local Rule 15-1(a). Dkt. 55.

3. Plaintiff re-filed the Motion, with the proposed amended complaint attached, on April 10, 2025. Dkt. 56.

4. Plaintiff filed her final proposed amended complaint with the 22 exhibits referenced therein attached on April 14, 2025. Dkt. 57.

5. Equifax's response to the Motion is currently due by April 24, 2025. *See* Dkt. 56 Docket Entry Text.

6. On April 15, 2025, counsel for Equifax contacted counsel for Plaintiff to request an additional two weeks to respond to the Motion. The request was made to allow Equifax additional time to investigate the allegations in the final proposed amended complaint, as well as to analyze the more than 600 pages of exhibits attached thereto, and to accommodate Equifax's counsel's other professional commitments. Plaintiff's counsel indicated that she does not oppose Equifax's request.

7. Accordingly, all parties hereby stipulate, subject to the Court's approval, that Equifax's response to Plaintiff's Motion for Leave to Amend Complaint is due May 8, 2025. This is the first stipulation for extension of time Equifax has requested to respond to Plaintiff's Motion for Leave to Amend Complaint. This stipulation is filed in good faith and not intended to cause delay.

/ /

**WHEREFORE**, Defendant Equifax Information Services LLC respectfully requests that the Court grant this Stipulation and thereby extend its time to respond to Plaintiff's Motion for Leave to Amend Complaint to May 8, 2025.

Respectfully submitted on April 17, 2025.

*[Signatures on following page]*

| | |
|---|---|
| CLARK HILL PLLC | FREEDOM LAW FIRM |
| By: */s/ Billie B. Pritchard* <br> Gia N. Marina <br> Nevada Bar No. 15276 <br> 1700 S. Pavilion Center Drive, Ste. 500 <br> Las Vegas, NV 89135 | By: */s/ Gerardo Avalos* <br> George Haines <br> Nevada Bar No. 9411 <br> Gerardo Avalos <br> Nevada Bar No. 15171 <br> 8985 South Eastern Ave., Suite 350 <br> Las Vegas, Nevada 89123 <br> info@freedomlegalteam.com |
| Zachary A. McEntyre (*pro hac vice*) <br> Georgia Bar No. 653571 <br> Billie B. Pritchard (*pro hac vice*) <br> Georgia Bar No. 460789 <br> KING & SPALDING LLP <br> 1180 Peachtree Street <br> Atlanta, GA 30309 <br><br> *Attorneys for Defendant Equifax Information Services LLC* | MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC <br><br> Scott C. Harris (*pro hac vice*) <br> North Carolina Bar No. 35328 <br> 900 W. Morgan Street <br> Raleigh, NC 27603 <br> sharris@milberg.com <br><br> Gary M. Klinger (*pro hac vice*) <br> 227 Monroe Street, Suite 2100 <br> Chicago, IL 60606 <br> gklinger@milberg.com <br><br> George F. Carpinello (*pro hac vice*) <br> Adam R. Shaw (*pro hac vice*) <br> BOIES SCHILLER FLEXNER LLP <br> 30 S. Pearl St. 12th Floor <br> Albany, NY 12207 <br> gcarpinello@bsfllp.com <br> ashaw@bsfllp.com <br><br> *Attorneys for Plaintiff* |

### ORDER

IT IS SO ORDERED on this 17th day of August, 2025.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE