George Haines
Nevada Bar No. 9411
Gerald Avalos
Nevada Bar No. 15171
FREEDOM LEGAL TEAM
8985 South eastern Ave., Suite 350
Las Vegas, Nevada 89123

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| THERESA STONE, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES LLC; TRANS UNION LLC; AND EXPERIAN INFORMATION SOLUTIONS, INC.<br><br>Defendant | Case No. 2:24-CV-00195-GMN-EJY<br><br>**STIPULATION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC'S MOTION TO COMPEL ARBITRATION**<br><br>**[FIRST REQUEST]** |

Pursuant to Local Rules IA 6-1 and 7-1, Plaintiff Carter Sullivan ("Plaintiff") and Defendant Experian Information Solutions, Inc. ("Experian"), by and through their respective counsel of record, hereby stipulate, agree and respectfully request the Court extend the deadline for Plaintiff to file his responsive brief to Experian's Motion to Compel Arbitration and Memorandum of Points of Authorities in Support Thereof (ECF No. 67) filed on May 21, 2025. Plaintiff's response is currently due on June 3, 2025. Counsel for Plaintiff respectfully requests the deadline be extended forty-five (45) days due to the upcoming holidays, pre-planned vacations, pressing deadlines in other cases, the complexity of the issues raised, and the number of cases cited in the supporting brief. Through its counsel, Experian does not object to Plaintiff's request for additional time.

This is the parties' first stipulation for extension of time. This stipulation is filed in good faith and not intended to cause delay. Accordingly, the parties respectfully request that the Court grant this Stipulation and extend Plaintiffs' time to respond to July 18, 2025.

Respectfully submitted this the 23rd day of May, 2025.

| /s/ John A. Vogt | /s/ Scott C. Harris |
|---|---|
| John A. Vogt | Scott C. Harris *(pro hac vice)* |
| **JONES DAY** | North Carolina Bar No. 35328 |
| 3161 Michelson Drive, Suite 800 | **MILBERG COLEMAN BRYSON** |
| Irvine, California 92612 | **PHILLIPS GROSSMAN, PLLC** |
| Tel: 949-553-7516 | 900 W. Morgan Street |
| javogt@jonesday.com | Raleigh, NC 27603 |
|  | (t) 919-600-5003 |
| Jennifer L. Braster, NBN 9982 | sharris@milberg.com |
| Naylor & Braster |  |
| 10100 W. Charleson Blvd., Suite 120 | George Haines |
| Las Vegas, NV 89135 | Nevada Bar No. 9411 |
|  | Gerald Avalos |
| *Attorney for Experian Information Solutions, Inc.* | Nevada Bar No. 15171 |
|  | **FREEDOM LEGAL TEAM** |
|  | 8985 South eastern Ave., Suite 350 |
|  | Las Vegas, Nevada 89123 |
|  | (t) 702-880-5554 |
|  | ghaines@freedomlegalteam.com |
|  | gavalos@freedomlegalteam.com |
|  | info@freedomlegalteam.com |
|  |  |
|  | *Attorneys for Plaintiffs* |

**ORDER**

IT IS SO ORDERED.

Dated: May 23, 2025

_____
United States Magistrate Judge