Sarai L. Brown, Esq. (Bar No. 11067)
sbrown@skanemills.com
SKANE MILLS LLP
1120 Town Center Drive, Suite 200
Las Vegas, NV 89144
T: (702) 363-2535
F: (702) 363-2534

*Counsel for Defendant Trans Union LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Theresa Stone, Carter Sullivan and Edalia Sullivan, individually and on behalf of all others similarly situated,<br><br>　　　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>Equifax Information Services LLC, Trans Union LLC, and Experian Information Solutions, Inc.<br>　　　　　　　　　　　　Defendants. | Case No. 2:24-CV-00195-GMN-EJY<br><br>**STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT TRANS UNION LLC TO FILE ITS RESPONSIVE PLEADING TO PLAINTIFFS' FIRST AMENDED COMPLAINT**<br><br>**[FIRST REQUEST]** |

Defendant Trans Union LLC ("Trans Union") and Plaintiffs Theresa Stone, Carter Sullivan and Edalia Sullivan (collectively "Plaintiffs"), by and through their undersigned counsel, hereby stipulate and agree to extend the time for Trans Union to respond to Plaintiffs' First Amended Complaint by twenty-eight (28) days from the current deadline of June 5, 2025, up to and including July 3, 2025. This request is submitted pursuant to LR IA 6-1 and LR IA 6-2 and is Trans Union's first request for an extension of time for Trans Union to respond to Plaintiffs' First Amended Complaint.

On May 9, 2025, Plaintiffs filed a First Amended Complaint naming Trans Union as an additional party. (ECF No. 62). On May 15, 2025, Trans Union was served with a Summons and the

First Amended Complaint. (ECF No. 72). Pursuant to Rule 12(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Trans Union's deadline to respond to the First Amended Complaint is June 5, 2025.

Good cause exists for this extension. Counsel for Trans Union was only recently retained and requires additional time to conduct its investigation into the allegations in the First Amended Complaint, by which Plaintiffs assert class claims against Trans Union, and research the relevant law in order to prepare an appropriate response to the First Amended Complaint.

Plaintiffs' counsel has courteously agreed to this extension of time for Trans Union to file its responsive pleading. This Stipulation was prepared by counsel for Trans Union with the consent of Plaintiffs and is made in good faith and not for purposes of delay. Accordingly, Trans Union shall have up to and including July 3, 2025, to response to Plaintiffs' First Amended Complaint.

IT IS SO STIPULATED

Dated: June 3, 2025

| **FREEDOM LAW FIRM** | **SKANE MILLS LLP** |
|---|---|
| s/ *George Haines* | s/ *Sarai L. Brown* |
| George Haines, Esq.<br>Gerardo Avalos, Esq.<br>8985 S. Eastern Ave., Suite 100<br>Las Vegas, NV 89123<br>*Counsel for Plaintiffs, individually and on behalf of all others similarly situated* | Sarai L. Brown, Esq.<br>1120 Town Center Drive, Suite 200<br>Las Vegas, NV 89144<br>*Counsel for Defendant Trans Union LLC* |

**ORDER**

**IT IS SO ORDERED.**

Dated this 4th day of June, 2025.

United States Magistrate Judge

2