George Haines, Esq.
Nevada Bar No. 9411
Gerardo Avalos, Esq,
Nevada Bar No. 15171
FREEDOM LAW FIRM
8985 S. Eastern Avenue, Suite 100
Las Vegas, Nevada, 89123
Phone: (702) 880-5554
Fax: (702) 385-5518
ghaines@freedomlegalteam.com
Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Theresa Stone, Carter Sullivan and Edalia Sullivan, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>vs.<br><br>Equifax Information Services LLC, Trans Union LLC and Experian Information Solutions, Inc.,<br><br>    Defendants. | Case No. 2:24-CV-00195-GMN-EJY<br><br>**STIPULATION AND ORDER EXTENDING TIME FOR PLAINTIFFS TO RESPOND TO DEFENDANT TRANS UNION LLC'S RULE 12(c) MOTION FOR JUDGMENT ON THE PLEADINGS AND FOR TRANS UNION LLC TO FILE ITS REPLY IN SUPPORT THEREOF AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF**<br><br>*(First Request)* |

Pursuant to Local Rules IA 6-1 and 7-1, THERESA STONE, CARTER SULLIVAN, and EDALIA SULLIVAN, individually and on behalf of all others similarly situated (hereinafter "Plaintiffs"), and TRANS UNION LLC (hereinafter "Defendant"), by and through their respective

counsel of record, hereby stipulate, agree, and respectfully request that the Court extend the deadline for Plaintiffs to file their Opposition to Defendant Trans Union LLC's Motion for Judgment on the Pleadings, filed on December 23, 2025 (ECF No. 90) and extend the deadline for Defendant to file its Reply in Support of its Motion for Judgment on the Pleadings.

Plaintiffs' Opposition is currently due on January 6, 2026. The Parties respectfully request that this deadline be extended by thirty (30) days, to February 5, 2026. The Parties further request that Defendant's deadline to file its Reply, which would ordinarily be due within seven (7) days of Plaintiffs' Opposition, be extended to February 19, 2026.

Good cause exists for this extension due to the intervening holiday period and an unanticipated family medical emergency. Plaintiffs' counsel is required to travel out of state to attend to a hospitalized immediate family member and will be unavailable through the New Year. The requested extension is necessary to allow counsel adequate time to prepare Plaintiffs' Opposition addressing the complex legal and factual issues raised in Defendant's Motion. Additionally, good cause exists for Defendant's request for additional time to file its Reply given its Motion for Judgment on the Pleadings seeks dismissal of the claims of two of the three Plaintiffs, contains multiple arguments and is premised on the more than 250 allegations in the First Amended Complaint.

The Request is not for purposes of delay. This is the first request by the Parties.

| | |
|---|---|
| Dated: 1/6/2026 | Dated: 1/6/2026 |
| FREEDOM LAW FIRM | REED SMITH LLP |
| By: /s/ George Haines<br>George Haines Nevada Bar No. 9411<br>Gerardo Avalos Nevada Bar No. 15171<br>8985 South Eastern Ave.<br>Suite 100<br>Las Vegas, Nevada 89123<br>info@freedomlegalteam.com | By:/s/ Michael O'Neil<br>Michael O' Neal<br>10 South Wacker Drive<br>Chicago, IL 60606-7507<br>michael.oneil@reedsmith.com |

1
2
3
4   BOISE SCHILLER FLEXNER                          SKANE MILLS LLP

5   Adam R. Shaw                                    Sarai L. Brown, Esq. (SBN 11067)
    New York Bar No. 502142                         1120 Town Center Drive, Suite 200
    30 South Pearl Street                           Las Vegas, NV 89144
6   12th Floor                                     sbrown@skanemills.com
    Albany, NY 12207SKANEMILLS LLP
7
8   BRYSON HARRIS SUCIU DEMAY

9   Scott C. Harris (pro hac vice)
    North Carolina Bar No. 35328
10  900 W. Morgan Street
    Raleigh, NC 27603
    Attorneys for Plaintiffs
11  SHarris@brysonpllc.com
12
13
                                                    IT IS SO ORDERED:
14
15                                                  _____
                                                    UNITED STATES DISTRICT JUDGE
16
17
18                                                  DATED:   January 6, 2026
19
20
21
22
23
24

3