George Haines, Esq.
Nevada Bar No. 9411
Gerardo Avalos, Esq.
Nevada Bar No. 15171
**FREEDOM LAW FIRM, LLC**
8985 South Eastern Ave., Suite 205
Las Vegas, NV 89123
ghaines@freedomlegalteam.com
gavalos@freedomlegalteam.com
Phone: (702) 880-5554
FAX: (702) 385-5518
*Attorneys for Plaintiff Theresa Stone*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Theresa Stone, Carter Sullivan and Edalia Sullivan, individually and on behalf of all others similarly situated, | Case No.: 2:24-CV-00195-GMN-EJY |
| Plaintiffs, | **Stipulation of Voluntary Dismissal of Action Against Defendant Experian** |
| v. | |
| Equifax Information Services LLC, Trans Union LLC and Experian Information Solutions, Inc., | |
| Defendants. | |

Plaintiff Carter Sullivan and Defendant Experian Information Solutions, Inc., by and through their respective counsel, hereby stipulate to dismissal with prejudice of all claims in this action brought by Plaintiff Sullivan against Defendant Experian pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii).

**IT IS SO STIPULATED.**

Dated:  March 24, 2026.

STIPULATION                                    - 1 -

| | |
|---|---|
| */s/ George Haines* | */s/ Jennifer L. Braster* |
| George Haines | Jennifer L. Braster |
| Nevada Bar No. 9411 | Nevada Bar No. 9982 |
| Gerardo Avalos | **NAYLOR & BRASTER** |
| Nevada Bar No. 15171 | 10100 W. Charleston Blvd., Suite 120 |
| **FREEDOM LAW FIRM** | Las Vegas, NV 89135 |
| 8985 South eastern Ave., Suite 205 | Telephone:  (702) 420-7000 Facsimile: |
| Las Vegas, Nevada 89123 | (702) 420-7001 |
| (t) 702-880-5554 | jbraster@nblawnv.com |
| ghaines@freedomlegalteam.com | |
| gavalos@freedomlegalteam.com | John A. Vogt |
| info@freedomlegalteam.com | Nevada Bar No. 14777 |
| | **JONES DAY** |
| George F. Carpinello (*Pro Hac Vice*) | 3161 Michelson Drive, Suite 800 |
| Adam R. Shaw (*Pro Hac Vice*) | Irvine, CA 92612 |
| **BOIES SCHILLER FLEXNER LLP** | Telephone:  (949) 851-3939 |
| 30 S. Pearl St., 12th Floor | Facsimile:  (949) 553-7539 |
| Albany, NY 12207 | javogt@jonesday.com |
| Telephone: (518) 434-0600 | |
| Fax: (518) 434-0665 | *Attorneys for Experian Information* |
| gcarpinello@bsfllp.com | *Solutions, Inc.* |
| ashaw@bsfllp.com | |
| | |
| Scott C. Harris *(Pro Hac Vice)* | |
| North Carolina Bar No. 35328 | |
| **BRYSON HARRIS SUCIU & DeMAY, PLLC** | |
| 900 W. Morgan Street | |
| Raleigh, NC 27603 | |
| (t) 919-600-5003 | |
| sharris@brysonpllc.com | |
| *Attorneys for Plaintiffs* | |

ORDER OF DISMISSAL OF ACTION AGAINST DEFENDANT EXPERIAN

Pursuant to the stipulation of Plaintiff Carter Sullivan and Defendant Experian Information Solutions, Inc., under Federal Rule of Civil Procedure 41(a)(1)(ii), IT IS SO ORDERED THAT ALL CLAIMS IN THIS ACTION BETWEEN THEM BE, AND HEREBY ARE, DISMISSED WITH PREJUDICE, with each party bearing that party's own attorney's fees and costs.

Because the claims between Plaintiff Carter Sullivan and Defendant Experian Information Solutions, Inc., are dismissed, IT IS HEREBY ORDERED that the stay entered on February 3, 2026 is LIFTED.

IT IS SO ORDERED:

_____

UNITED STATES DISTRICT JUDGE

DATED: _____ March 27, 2026 _____

STIPULATION                          - 3 -