Michael O'Neil (*Pro Hac Vice*)
Albert E. Hartmann (*Pro Hac Vice*)
Kristen A. DeGrande (*Pro Hac Vice*)
**REED SMITH LLP**
10 S. Wacker Drive
Chicago, IL 60606
Tel: (312) 207-1000
Michael.oneil@reedsmith.com
ahartmann@reedsmith.com
kdegrande@reedsmith.com

*Counsel for Defendant Trans Union LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Theresa Stone, Carter Sullivan and Edalia Sullivan, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> Equifax Information Services LLC, Trans Union LLC, and Experian Information Solutions, Inc. <br><br> Defendants. | Case No. 2:24-CV-00195-GMN-EJY <br><br> **STIPULATION AND ORDER EXTENDING TIME FOR DEFENDANT TRANS UNION LLC TO FILE ITS OPPOSITION TO PLAINTIFFS' MOTION TO COMPEL DISCOVERY AND FOR PLAINTIFFS TO FILE THEIR REPLY IN SUPPORT OF THEIR MOTION TO COMPEL DISCOVERY AS TO TRANS UNION LLC** <br><br> **[FIRST REQUEST]** |

Pursuant to LR IA 6-1, 6-2, and LR 7-1, Defendant Trans Union LLC ("Trans Union"), and Plaintiffs Carter Sullivan and Edalia Sullivan ("Plaintiffs"), individually and on behalf of all others similarly situated, by and through their respective counsel, hereby stipulate and respectfully request that the Court extend the time for Trans Union to file its opposition to Plaintiffs' Motion to Compel Discovery and extend the deadline for Plaintiffs to file their Reply in support of their Motion to Compel Discovery as to Trans Union.

On July 3, 2026, Plaintiffs filed a Motion to Compel Discovery seeking to compel certain discovery with respect to both Trans Union and Equifax Information Services LLC's ('Equifax').

(ECF No. 103). Trans Union's deadline to file its opposition to Plaintiffs' Motion to Compel Discovery is currently July 17, 2026.  The Parties respectfully request that this deadline be extended by twenty-one (21) days, to August 7, 2026. The Parties further request that Plaintiffs' deadline to file their Reply, as it pertains to the Motion to Compel Discovery as to Trans Union, which would ordinarily be due within seven (7) days of Trans Union's Opposition, be extended to August 21, 2026.

Good cause exists for this extension. Since Plaintiffs' Motion to Compel Discovery was filed, the Parties have been focused on the depositions of numerous employees of Trans Union and Equifax, and of the Plaintiffs. Additionally, lead counsel for Trans Union is currently out of the office and out of the country. The hearing on Plaintiffs' Motion to Compel Discovery is not set until September 16, 2026 and the extension of Trans Union's deadline to file its Opposition to Plaintiffs' Motion to Compel Discovery, and the subsequent extension of Plaintiffs' deadline to file their Reply in support of their Motion to Compel Discovery as to Trans Union, will not disrupt the remaining schedule in this case. Accordingly, Trans Union shall have up to and including August 7, 2026 to file its Opposition to Plaintiffs' Motion to Compel Discovery and Plaintiffs will have up to and including August 21, 2026 to file their Reply in support of their Motion to Compel Discovery as to Trans Union.

The request is not for purposes of delay. This is the first request by the Parties.

IT IS SO ORDERED this 14th day of July, 2026.

_____
UNITED STATES MAGISTRATE JUDGE

**BRYSON, HARRIS, SUCIU & DEMAY, PLLC**                          **REED SMITH LLP**

s/ *Scott C. Harris*
_____
Scott C. Harris (*Pro Hac Vice*)                          s/ *Michael O'Neil*
North Carolina Bar No. 35328                          _____
900 W. Morgan Street                          Michael O'Neil (*Pro Hac Vice*)
Raleigh, NC 27603                          Albert E. Hartmann (*Pro Hac Vice*)

2

Tel: (919) 600-5003
SHarris@brysonpllc.com

**FREEDOM LAW FIRM**
George Haines
Nevada Bar No. 9411
Gerardo Avalos
Nevada Bar No. 15171
8985 S. Eastern Ave.
Suite 100
Las Vegas, NV 89123
Tel: (702) 880-5554
ghaines@freedomlegalteam.com
gavalos@freedomlegalteam.com
info@freedomlegalteam.com

**BOISE SCHILLER FLEXNER LLP**
George F. Carpinello (*Pro Hac Vice*)
Adam R. Shaw (*Pro Hac Vice*)
30 South Pearl Street, 12th Floor
Albany, NY 12207
Tel: (518) 434-0600
gcarpinello@bsfllp.com
ashaw@bsfllp.com

**MILBERG COLEMAN BRYSON
PHILLIPS GROSSMAN, PLLC**

Gary M. Klinger (*Pro Hac Vice*)
227 Monroe Street, Suite 2100
Chicago, IL 60606
gklinger@milberg.com

*Counsel for Plaintiffs*

Kristen A. DeGrande (*Pro Hac Vice*)
10 S. Wacker Drive
Chicago, IL 60606
Tel: (312) 207-1000
Michael.oneil@reedsmith.com
ahartmann@reedsmith.com
kdegrande@reedsmith.com

**SKANE MILLS LLP**
Sarai L. Brown, Esq. (SBN 11067)
1120 Town Center Drive, Suite 200
Las Vegas, NV 89144
Tel: 702 363-2535
sbrown@skanemills.com

*Counsel for Defendant Trans Union LLC*

3