Gia N. Marina
Nevada Bar No. 15276
**CLARK HILL PLLC**
1700 S. Pavilion Center Drive, Suite 500
Las Vegas, Nevada 89135
gmarina@clarkhill.com
Telephone: (702) 862-8300
Facsimile: (702) 778-9709

Zachary A. McEntyre (*Pro Hac Vice*)
Billie B. Pritchard (*Pro Hac Vice*)
Erin M. Munger (*Pro Hac Vice*)
Frank DeBorde Jr. (*Pro Hac Vice*)
**KING & SPALDING LLP**
1180 Peachtree Street
Atlanta, GA 30309
zmcentyre@kslaw.com
bpritchard@kslaw.com
emunger@kslaw.com
fdeborde@kslaw.com
Telephone: (404) 572-4600
Facsimile: (404) 572-5100

*Attorneys for Defendant*
*Equifax Information Services LLC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| THERESA STONE, CARTER SULLIVAN, and EDALIA SULLIVAN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>EQUIFAX INFORMATION SERVICES LLC and TRANS UNION LLC,<br><br>Defendants. | **Case No. 2:24-CV-00195-GMN-EJY**<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR IDENTIFICATION OF EXPERTS PURSUANT TO THE COURT'S SEPTEMBER 16, 2026 ORDER AND ACCOMPANYING DEADLINES (SECOND REQUEST)** |

Pursuant to Federal Rule of Civil Procedure 6(b)(1) and Local Rule IA 6-1, Defendants Equifax Information Services LLC ("Equifax") and Trans Union LLC ("Trans Union"), and Plaintiffs Carter and Edalia Sullivan ("Plaintiffs") (collectively, the "Parties"), through their undersigned counsel, hereby stipulate and agree, subject to the Court's approval, to extend the deadline for identifying experts and accompanying deadlines. *See* Dkt. No. 126; Hr'g Tr. (Sept. 16, 2026), Dkt. No. 127; Dkt. No. 132. The basis for the stipulation is as follows:

1. During the hearing on Plaintiffs' Motion to Compel Discovery, the Court ordered the Parties to identify experts "to discuss the possibility of creating queries that might be run" across Trans Union's and Equifax's dispute databases that "would rationally and reasonably include the documents . . . that would identify bankruptcies involving student loans where there was a discharge and there was a dispute about that discharge." Dkt. No. 127 at 55–57, 73. The Court set the expert disclosure deadline as October 16, 2026. *Id.* at 57.

2. On October 15, 2026, the Parties filed their first stipulation to extend the deadline for identification of experts to allow the Parties to explore alternative processes for identifying dispute documents that could expedite production without expert involvement. Dkt. No. 131. The Court entered the stipulation as an order that same day, extending the expert disclosure deadline to October 30, 2026. Dkt. No. 132.

3. On October 21, 2026, counsel for the Parties met to discuss potential methods for identifying dispute documents. The Parties are working cooperatively to define the contours of Plaintiffs' request and to explore Equifax's and Trans Union's capabilities to satisfy Plaintiffs' request without expert intervention.

4. The Parties therefore seek to extend the following deadlines to allow the Parties additional time to explore this alternative approach to identifying dispute documents:

<u>Deadline for expert disclosures</u>: from October 30, 2026 to November 30, 2026

<u>Deadline for experts to meet and confer</u>: from November 16, 2026 to December 16, 2026

<u>Deadline to file a joint status report</u>: from December 16, 2026 to January 18, 2027

5. Accordingly, all Parties hereby stipulate, subject to the Court's approval, that the expert disclosure deadline is November 30, 2026, the expert meet-and-confer deadline is December

16, 2026, and the joint status report deadline is January 18, 2027. This is the second stipulation to extend the expert disclosure deadline. This stipulation is filed in good faith and is not intended to cause delay. If the Parties reach agreement on an alternative procedure to identify dispute documents, they will notify the Court on or before November 30, 2026.

Respectfully submitted on October 30, 2026.

**BRYSON, HARRIS, SUCIU & DEMAY, PLLC**
/s/ Scott C. Harris
Scott C. Harris (*Pro Hac Vice*)
Timothy Worth Longest, Jr. (*Pro Hac Vice*)
900 W. Morgan Street
Raleigh, NC 27603
Tel: (919) 600-5003
SHarris@brysonpllc.com
tlongest@brysonpllc.com

Andrew Lemmon (*Pro Hac Vice*)
5301 Canal Blvd.
New Orleans, LA 70124
Tel: 984-257-5987
alemmon@brysonpllc.com

**FREEDOM LAW FIRM**
George Haines
Nevada Bar No. 9411
Gerardo Avalos
Nevada Bar No. 15171
8985 S. Eastern Ave.
Suite 100
Las Vegas, NV 89123
Tel: (702) 880-5554
ghaines@freedomlegalteam.com
gavalos@freedomlegalteam.com
info@freedomlegalteam.com

**BOISE SCHILLER FLEXNER LLP**
George F. Carpinello (*Pro Hac Vice*)
Adam R. Shaw (*Pro Hac Vice*)
30 South Pearl Street, 12th Floor
Albany, NY 12207
Tel: (518) 434-0600
gcarpinello@bsfllp.com
ashaw@bsfllp.com

**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
Gary M. Klinger (*Pro Hac Vice*)
227 Monroe Street, Suite 2100
Chicago, IL 60606
gklinger@milberg.com

*Counsel for Plaintiffs*

**KING & SPALDING LLP**
*/s/ Zachary A. McEntyre*
Zachary A. McEntyre (*Pro Hac Vice*)
Billie B. Pritchard (*Pro Hac Vice*)
Erin M. Munger (*Pro Hac Vice*)
Frank DeBorde Jr. (*Pro Hac Vice*)
1180 Peachtree Street
Atlanta, GA 30309
zmcentyre@kslaw.com
bpritchard@kslaw.com
emunger@kslaw.com
fdeborde@kslaw.com

**CLARK HILL PLLC**
Gia N. Marina
Nevada Bar No. 15276
1700 S. Pavilion Center Drive, Suite 500
Las Vegas, NV 89135

*Attorneys for Defendant Equifax Information Services LLC*

**REED SMITH LLP**
*/s/ Michael O'Neil*
Michael O'Neil (*Pro Hac Vice*)
Albert E. Hartmann (*Pro Hac Vice*)
Kristen A. DeGrande *(Pro Hac Vice)*
10 S. Wacker Drive
Chicago, IL 60606
Tel: (312) 207-1000
Michael.oneil@reedsmith.com
ahartmann@reedsmith.com
kdegrande@reedsmith.com

**SKANE MILLS LLP**
Sarai L. Brown (SBN 11067)
1120 Town Center Drive, Suite 200
Las Vegas, NV 89144
Tel: 702 363-2535
sbrown@skanemills.com

*Counsel for Defendant Trans Union LLC*

**ORDER**

IT IS SO ORDERED on this 30th day of October, 2026.

Hon. Elayna J. Youchah
United States Magistrate Judge